UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRESTO INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. MERCHANTS FINANCIAL GROUP, INC., <br><br> Defendant. | NO. MC20-0015RSL <br><br> ORDER |

This matter comes before the Court on National Presto Industries, Inc.'s motion to compel compliance with a deposition subpoena issued to a non-party in intellectual property litigation pending in the United States District Court for the District of Minnesota. Dkt. # 7. Costco Wholesale Corp. has filed its opposition to the motion. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 5th day of May, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1